## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

GREGORY DAVID PARIS and
BARRINGTON ASSET MANAGEMENT,
INC.,

    Defendants.

Case No. 21-cv-03450

Hon. Joan B. Gottschall

## **DEFENDANTS' MOTION TO DISMISS**

Defendants Gregory D. Paris ("Paris") and Barrington Asset Management, Inc. ("BAM") (collectively, "Defendants") respectfully move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss Plaintiff U.S. Securities and Exchange Commission's ("SEC") Amended Complaint on the grounds that the Amended Complaint fails to plead fraud with particularity as required by Rule 9(b) of the Federal Rules of Civil Procedure. In further support of their Motion, Defendants submit the accompanying Memorandum in Support of Motion to Dismiss.

WHEREFORE, Defendants Gregory D. Paris and Barrington Asset Management, Inc. respectfully request that the Court grant their Motion to Dismiss and enter an order dismissing the SEC's Amended Complaint with prejudice, and grant such other and further relief as it deems just and proper.

Dated: September 29, 2021          Respectfully submitted,

/s/ Ellen M. Wheeler
Ellen M. Wheeler (No. 6244111)
Samantha Saddler (No. 6333280)
Foley & Lardner LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654-4762
312.832.4500
312.832.4700

Attorneys for Defendants Gregory D. Paris and Barrington Asset Management, Inc.

## **CERTIFICATE OF SERVICE**

    I, Ellen M. Wheeler, an attorney, hereby certify that on September 29, 2021, I filed on the ECF System the foregoing Defendants' Motion to Dismiss, and thereby served such filing via the Court's ECF Notification system to all attorneys of record in this matter.

                                                              /s/ Ellen M. Wheeler
                                                                   Ellen M. Wheeler