# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

United States Securities and Exchange Commission

Plaintiff,

v.

Gregory David Paris, et al.

Defendant.

Case No.: 1:21−cv−03450
Honorable Joan B. Gottschall

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 30, 2024:

MINUTE entry before the Honorable Joan B. Gottschall: Defendants' Motion (doc. No. [66]) for Summary Judgment and accompanying three Daubert motions (doc. Nos. [68], [70], [72]) are denied. Opinion to follow.Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.