# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 21 cv 3450 |
| GREGORY DAVID PARIS and BARRINGTON ASSET MANAGEMENT, INC. ) ) ) | Judge Joan B. Gottschall |
| Defendants. ) ) ) ) | |

## STATUS REPORT

Plaintiff United States Securities and Exchange Commission, pursuant to this Court's Order, dated May 21, 2025 (Dkt 129), provides the following status report:

1. On May 16, 2025, the SEC provided notice to the Court and Defendants about certain inaccuracies it had identified in the Declaration of Pesach Glaser (the "Declaration"), which the SEC had submitted in support of its Response to Defendants' Rule 56.1 Statement of Undisputed Material Facts. The inaccuracies the SEC identified concerned the title of Mr. Glaser's Northwestern University master's degree and the dates of his licensure as an Illinois certified public accountant, including an incorrect statement that he was licensed at the time of the Declaration. (ECF No. 96 at 2, ¶¶ 4-5).

2. After becoming aware of the inaccuracies, the SEC initiated a review of Mr. Glaser's Declaration. As part of that process, the SEC has assigned another SEC Staff Accountant to review the Defendants' written trade tickets and electronic trade data discussed in Mr. Glaser's Declaration to determine whether the inaccuracies were limited to Mr. Glaser's

degree title and the dates of his CPA licensure.

3. Thereafter, the Court granted the SEC until and including June 2, 2025 to "provid[e] an update on its inquiry into the inaccuracies in Glaser's summary judgment declaration." (Dkt 129.)

4. While the accountant's review is proceeding expeditiously, it is not yet complete. The outcome of that review will inform the SEC's position on how it recommends the Court should proceed regarding Mr. Glaser's Declaration. The SEC thus respectfully requests the opportunity to file another status report within two weeks, or earlier if the review concludes before then.

5. Mr. Glaser has retired and is no longer employed by the SEC. The SEC intends to meet and confer with Defendants' counsel about how this could impact Defendants' pending discovery, including their contemplated deposition of Mr. Glaser.

WHEREFORE, plaintiff United States Securities and Exchange Commission respectfully requests that the Court grant it until and including June 16, 2025 to file another status report, and grant such other and further relief as the Court deems just and proper.

Dated: June 2, 2025

Respectfully submitted,

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

By: One of Its Attorneys
/s/ Jonathan S. Polish

Jonathan S. Polish
Peter Senechalle
Attorneys for Plaintiff
**U.S. SECURITIES AND EXCHANGE COMMISSION**
175 West Jackson Blvd., Suite 1450
Chicago, IL 60604
Telephone: (312) 353-7390