IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) GREGORY DAVID PARIS and ) BARRINGTON ASSET MANAGEMENT, INC. ) ) Defendants. ) ) ) ) | Case No. 21 cv 3450 Judge Joan B. Gottschall |

**JOINT STATUS REPORT**

Plaintiff United States Securities and Exchange Commission (the "SEC") and defendants Gregory Paris and Barrington Asset Management, Inc. ("Defendants") (collectively, the "Parties") provide the following joint status report, pursuant to the Court's Order, dated June 3, 2025 (ECF 131):

1. This Court permitted defendants to issue discovery concerning Pesach Glaser's declaration ("Declaration"), which the SEC had filed in opposition to defendants' summary judgment motion. (ECF 125.) Defendants thereafter issued such interrogatories and document requests. In anticipation of such discovery, during a review of the Declaration, SEC staff identified certain inaccuracies in Mr. Glaser's description of his credentials.

2. On May 16, 2025, the SEC filed a notice alerting the Court and Defendants to its discovery of these inaccuracies. (ECF 128.) The SEC stated that it was in the process of evaluating the rest of Mr. Glaser's declaration. *Id.*

3. Mr. Glaser retired from the SEC on May 30, 2025. His departure has limited the SEC's ability to fully respond to the discovery defendants originally propounded about his Declaration.

4. The Parties have therefore agreed that the SEC will answer revised interrogatories focused on the SEC's review and summary of the written trade tickets. Defendants recently propounded revised interrogatories with this revised focus. Defendants have further agreed to grant the SEC until and including June 30 to answer the revised interrogatories.

5. The existing discovery schedule calls for the deposition of Mr. Glaser to take place by July 16, 2025. In light of the developments described herein and in the SEC's prior note (ECF 128), the Parties request that this deadline be extended to August 15, 2025, to allow Defendants an opportunity to determine whether proceeding with the deposition of Mr. Glaser is necessary or practicable or whether deposing a different individual is appropriate.

6. The Parties propose filing a joint status report by July 21, 2025 updating the Court on their progress.

Dated: June 16, 2025                                Respectfully submitted,

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION** | **GREGORY DAVID PARIS and BARRINGTON ASSET MANAGEMENT, INC.** |
| By: /s/ Jonathan Polish<br>One of Its Attorneys | By: /s/ Ellen M. Wheeler<br>One of Their Attorneys |
| Jonathan Polish<br>Peter Senechalle<br>**U.S. SECURITIES AND EXCHANGE COMMISSION**<br>175 West Jackson Blvd., Suite 1450<br>Chicago, IL 60604<br>Telephone: (312) 353-7390 | Ellen M. Wheeler<br>Samantha Saddler<br>**FOLEY & LARDNER LLP**<br>321 North Clark Street<br>Suite 3000<br>Chicago, IL 60654<br>Telephone: (312) 832-4500 |