**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) GREGORY DAVID PARIS and ) BARRINGTON ASSET MANAGEMENT, INC. ) ) Defendants. ) ) ) _____ ) | Case No. 21 cv 3450<br><br>Judge Joan B. Gottschall |

**JOINT STATUS REPORT**

Plaintiff United States Securities and Exchange Commission (the "SEC") and Defendants Gregory Paris and Barrington Asset Management, Inc. ("Defendants") (collectively, the "Parties") provide the following joint status report, pursuant to the Court's Order, dated June 17, 2025 (ECF 133):

1. This Court permitted Defendants to issue discovery concerning Pesach Glaser's declaration ("Declaration"), which the SEC had filed in opposition to Defendants' summary judgment motion. (ECF 125.) Defendants thereafter issued such interrogatories and document requests. In anticipation of such discovery, during a review of the Declaration, SEC staff identified certain inaccuracies in Mr. Glaser's description of his credentials.

2. On May 16, 2025, the SEC filed a notice alerting the Court and Defendants to its discovery of these inaccuracies. (ECF 128.) The SEC stated that it was in the process of evaluating the rest of Mr. Glaser's declaration. *Id.*

3. Mr. Glaser retired from the SEC on May 30, 2025. His departure has limited the SEC's ability to fully respond to the discovery Defendants originally propounded about his Declaration.

4. The Parties therefore agreed that the SEC would answer revised interrogatories focused on the SEC's updated review of the written trade tickets. Defendants recently propounded revised interrogatories with this revised focus. Defendants further agreed to grant the SEC until and including June 30 to answer the revised interrogatories.

5. The SEC requested additional time to answer the revised interrogatories and served those answers on July 8, 2025. The answers to the revised interrogatories indicate that the SEC's updated review differs in several respects from the review reflected in Mr. Glaser's declaration.

6. The SEC has identified the individual who will serve as the SEC's witness regarding its updated review, but the Parties were unable to schedule his deposition for a date prior to August 15, 2025 – the current discovery deadline. The Parties have agreed to a deposition on August 28, 2025, and request that the discovery schedule be modified to accommodate this deposition.

7. Once this deposition is conducted, the Parties will meet and confer about whether additional discovery is warranted.

8. The Parties propose filing a joint status report by September 5, 2025 updating the Court on their progress.

Dated: July 21, 2025                                         Respectfully submitted,

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION** | **GREGORY DAVID PARIS and BARRINGTON ASSET MANAGEMENT, INC.** |
| By: /s/ Jonathan Polish<br>One of Its Attorneys | By: /s/ Ellen M. Wheeler<br>One of Their Attorneys |
| Jonathan Polish<br>Peter Senechalle<br>**U.S. SECURITIES AND** | Ellen M. Wheeler<br>Samantha Saddler<br>**FOLEY & LARDNER LLP** |

2

**EXCHANGE COMMISSION**  
175 West Jackson Blvd., Suite 1450  
Chicago, IL 60604  
Telephone: (312) 353-7390

321 North Clark Street  
Suite 3000  
Chicago, IL 60654  
Telephone: (312) 832-4500