IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 21 cv 3450 |
| GREGORY DAVID PARIS and BARRINGTON ASSET MANAGEMENT, INC. | ) Judge Joan B. Gottschall ) ) ) |
| Defendants. | ) ) ) ) |

**JOINT STATUS REPORT**

Plaintiff United States Securities and Exchange Commission and defendants Gregory David Paris and Barrington Asset Management, Inc., pursuant to the Court's Order dated July 24, 2025, hereby advise the Court that they have completed discovery in this matter.

Dated: September 5, 2025

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION** | **GREGORY DAVID PARIS and BARRINGTON ASSET MANAGEMENT, INC.** |
| By: /s/ Jonathan S. Polish<br>One of Its Attorneys | By: /s/ Ellen Wheeler<br>One of Their Attorneys |
| U.S. SECURITIES AND EXCHANGE COMMISSION<br>175 West Jackson Blvd., Suite 1450<br>Chicago, IL 60604<br>Telephone: (312) 353-7390 | FOLEY & LARDNER LLP<br>321 North Clark Street<br>Suite 3000<br>Chicago, IL 60654<br>Telephone: (312) 832-4500 |