IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) GREGORY DAVID PARIS and ) BARRINGTON ASSET MANAGEMENT, ) INC. ) ) Defendants. ) ) _____ ) | Case No. 21 cv 3450  Judge Joan B. Gottschall |

JOINT STATUS REPORT

Plaintiff United States Securities and Exchange Commission, pursuant to the Court's Order dated September 8, 2025, hereby advises the Court that it is ready to have the case set for trial. Defendants Gregory David Paris and Barrington Asset Management, Inc. seek an additional 30 days to engage in settlement discussions with the SEC.

Dated: September 22, 2025

| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION** | **GREGORY DAVID PARIS and BARRINGTON ASSET MANAGEMENT, INC.** |
|---|---|
| By: /s/ Jonathan S. Polish  One of Its Attorneys | By: /s/ Ellen Wheeler  One of Their Attorneys |
| U.S. SECURITIES AND EXCHANGE COMMISSION  175 West Jackson Blvd., Suite 1450  Chicago, IL 60604  Telephone: (312) 353-7390 | FOLEY & LARDNER LLP  321 North Clark Street  Suite 3000  Chicago, IL 60654  Telephone: (312) 832-4500 |