# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

United States Securities and Exchange Commission

                                        Plaintiff,

v.                                                       Case No.: 1:21−cv−03450

                                                                  Honorable Joan B. Gottschall

Gregory David Paris, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 23, 2025:

      MINUTE entry before the Honorable Joan B. Gottschall: Judge Gottschall will not try this case, and accordingly, it will reassigned for trial. Before the case reaches trial on the assigned judge's calendar, there will be plenty of opportunity to discuss settlement if the parties care to do so. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.